IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-HC-2030-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAVID LUCE, | ) | |
| | ) | |
| Respondent, | ) | |

For good cause having been shown, upon motion by petitioner, to which respondent consents, it is hereby ORDERED that the Stay of the Adam Walsh Act proceedings is lifted. Upon consideration of jointly-proposed dates for a hearing in this matter, the court hereby notifies the parties that the commitment hearing in this action is set to commence on **January 31, 2013, at 10:00 a.m. in New Bern, North Carolina.** If either party intends to present testimony via video conference, the party shall file a notice to that effect no later than January 17, 2013. The notice shall include the name and business address of the witness and the location from which it is proposed the witness testify. No later than January 21, 2013, each party shall file proposed findings of fact and conclusions of law.

SO ORDERED, this the 30th day of October, 2012.

*/s/ Louise W. Flanagan*

LOUISE W. FLANAGAN
United States District Judge