IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-HC-2030-FL

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| DAVID LUCE, | ) |
| | ) |
| Respondent. | ) |

By Order dated July 13, 2013, Respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4248. On July 15, 2014, the director of the facility in which Respondent is confined filed an annual review report in accordance with 18 U.S.C. § 4247(e). [D.E. 147]. In the report, the forensic evaluator opined that respondent no longer meets criteria for commitment under § 4248 because he no longer suffers from a mental illness, abnormality or disorder that would cause him to have serious difficulty in refraining from child molestation if released to the community. [D.E. 147].

On January 20, 2015, the government filed a motion to unconditionally discharge Respondent from his civil commitment under § 4248, along with the Warden's Certification under § 4248(e) that Respondent no longer meets criteria for commitment as a sexually dangerous person.

Accordingly, IT IS HEREBY ORDERED, that Respondent be

1

unconditionally discharged from civil commitment pursuant to 18 U.S.C. § 4248, and that this case be closed.  Upon receipt and verification of this order of release, the Bureau of Prisons shall release Respondent after all release arrangements are complete.

This ____27th____ day of __January__ 2015.

_____
LOUISE W. FLANAGAN
United States District Judge